

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00258-CV

**IN THE INTEREST OF J.M.O.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01766
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs are taxed in this appeal.

SIGNED August 12, 2015.

_____
Patricia O. Alvarez, Justice